## CUT RATE DRUG COMPANY Et Al. *v.* SCOTT & GILBERT COMPANY

No. 2972 (See 54 Nev. 407)

### On Petition for Rehearing

June 14, 1933.

*Per Curiam:*

Rehearing denied.

## FERGUSON *v.* CAMINO Et Al.

No. 2955 (See 54 Nev. 141)

### On Petition for Rehearing

December 12, 1932.

*Per Curiam:*

Rehearing denied.

Coleman, C. J.: I dissent.

## LOVELOCK LANDS, INC. *v.* LOVELOCK LAND & DEVELOPMENT CO.

No. 2941 (See 54 Nev. 18)

### On Petition for Rehearing

August 29, 1932.

*Per Curiam:*

Rehearing denied, pursuant to rule VI.